_____

No. 95-3064
_____

United States of America,        *
                                  *
          Appellee,               *
                                  *   Appeal from the United States
     v.                           *   District Court for the
                                  *   Eastern District of Arkansas.
Otis R. Banks,                    *
                                  *        [UNPUBLISHED]
          Appellant.              *

_____

          Submitted:  February 5, 1996

             Filed:  February 14, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.

     Otis Ray Banks appeals from the district court's[1] order
imposing a six-month term of imprisonment and one-year term of
supervised release upon revocation of his probation.  Having
carefully reviewed the record and the parties' briefs, we affirm
the sentence.  See 8th Cir. R. 47B.


     A true copy.


     Attest:


          CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Garnett Thomas Eisele, United States District
Judge for the Eastern District of Arkansas.